UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
Olympic Towers, Suite 250
300 Pearl Street
Buffalo, New York 14202
www.nywb.uscourts.gov

In re:  
ROBERT'S SHOW PLACE, INC.

Case No.: 99-14268 MJK  
Chapter: 7 -- Liquidation

SSN/Tax ID: 16-0817932

## NOTICE OF TRUSTEE'S INTENT TO SELL SUBJECT TO LIENS AND FIXING TIME TO SUBMIT COMPETEING BIDS; REQUEST AN AUCTION; FILE OBJECTIONS TO THE TRUSTEE'S PROPOSED ACTIONS AND/OR REQUEST A HEARING

TO THE DEBTOR(S), CREDITORS AND PARTIES IN INTEREST:

PLEASE TAKE NOTICE that the Trustee, DANIEL E. BRICK, has filed a statement with the court of his intention to sell his right, title and interest in and to the property described below:

The non-interest-bearing Mortgage in the amount of $35,000.00 upon real property located at 239 Hunters Lane, Amherst, NY, SBL # 55.20-6-22, granted to Daniel E. Brick as Trustee in Bankruptcy of Robert's Show Place, Inc. by Yetta Midda, which mortgage is payable and due upon her death. Said mortgage was recorded in the Erie County Clerk's Office on October 13, 2009, at Liber 13468, Page 4055.

Subject to the terms of bid protection that all competing offers, if any, shall be (a) made in writing setting forth the identity of the offering party and specifying the amount of such competing offer; (b) in increments of not less than $500.00 greater than this bid; (c) in the event that this bidder is not the successful bidder for the above asset, then actual out-of-pocket expenses incurred in connection with this Agreement shall be paid to this bidder provided such amount does not exceed $1,500.00.

Subject to the following liens and/or encumbrances: any and all taxes and liens of record.

To: Peter Gfroerer  
One Brighton Road  
Tonawanda, NY 14150

For the sum of: Five thousand and and 00/100 dollars ($5,000.00).

_____  
Trustee

Dated: August 9, 2010

_____ is fixed as the last date to submit a competing bid; request an auction regarding this sale; file objections to the actions proposed by the Trustee; and/or request a hearing on the actions proposed by the Trustee. The Trustee will sell his interest in the described property by virtue of his statutory powers without further Order of the Court absent any action by any party on or before the deadline set herein.

Notice is further given that the original statement, which may include more comprehensive information, is on file with the Clerk of the Court and may be reviewed at this office during regular business hours.

Dated:

Paul R. Warren  
Clerk, U.S. Bankruptcy Court